# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00008-CV

**Terry Lang, Appellant**

**v.**

**Robert Lang, Appellee**

### FROM THE COUNTY COURT AT LAW OF BURNET COUNTY, NO. 39,774, HONORABLE W.R. SAVAGE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss her appeal. Appellant certifies that she has conferred with appellee Robert Lang and that he does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellant's Motion

Filed: May 22, 2014